UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MIKE ROGERS DRILLING COMPANY                                    PLAINTIFF

VS.                                Case No. 1:14-cv-1015

NIPPON STEEL AND SUMITOMO
METAL CORPORATION; PETRO
MATERIALS ISA, INC.; and
RITECO SUPPLY                                                   DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Voluntarily Dismiss Petro Materials USA, Inc. (ECF No. 5).  Because this Separate Defendant has filed for bankruptcy, Plaintiff seeks to dismiss their claims against this Separate Defendant without prejudice.

The Court finds that the motion should be and hereby is **GRANTED**.  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's claims against Petro Materials USA, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 7th day of April, 2014.

                                                   /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                United States District Judge