UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MIKE ROGERS DRILLING COMPANY                                         PLAINTIFF

VS.                              Case No. 1:14-cv-1015

NIPPON STEEL AND SUMITOMO
METAL CORPORATION; PETRO
MATERIALS USA, INC.; and
RITECO SUPPLY                                                        DEFENDANTS

## ORDER

Before the Court is a Second Agreed Motion to Extend Response Deadline filed on behalf of the parties. (ECF No. 11). The parties move the Court to extend the deadline for Defendants Riteco Supply and Nippon Steel and Sumitomo Metal Corporation to respond to Plaintiff's Complaint. (ECF No. 1). Upon consideration, the Court is satisfied that good cause for the motion has been shown. Accordingly, the Court finds that the motion (ECF No. 11) should be and hereby is **GRANTED**. Defendants' responses to Plaintiff's Complaint (ECF No. 1) are due on or before June 9, 2014.

IT IS SO ORDERED, this 2nd day of May, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge